# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Maureen P. | U.S. Distric Court for the Western District of Pennsylvania | 08/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Magistrate Judge Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court for the Western District of Pennsylvania
9280 U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Architect, S-Corp, Hayes Design Group-Architects, Inc - W2 and K1 (Employee & 100% Shareholder) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame Law School | 2/24/16 - 2/26/16 | Notre Dame, IN | Law School Moot Court Program | Transportation, food and lodging |
| 2. | Academy of Trial Lawyers of Allegheny County | 9/28/16 - 9/30/16 | Farmington, PA | Academy of Advocacy Conference | Conference registration, food and lodging (600.00) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab retirement inherited IRA | B | Distribution | J | T | | | | | |
| 2. Cash & Cash Equivalents | | None | J | T | | | | | |
| 3. -Large Domestic Equity Berk Hathaway class B | | None | J | T | | | | | |
| 4. -Large Domestic Equity Longleaf Partners Fund | | None | J | T | | | | | |
| 5. -Large Domestic Equity Wintergreen Fund | | None | J | T | | | | | |
| 6. PNC Savings Account | A | Interest | J | T | | | | | |
| 7. PNC Savings Account | A | Interest | J | T | | | | | |
| 8. BCCZ 401k Retirement Plan (no control) | | | N | U | | | | | |
| 9. Schwab Brokerage Account | | | | | | | | | |
| 10. -Large US Equity Berk Hath new Class B | | None | N | T | Sold (part) | 08/31/16 | J | C | |
| 11. -Large US Equity Polen Growth Fund (X) | A | Dividend | M | T | Buy | 01/08/16 | M | | |
| 12. -Large US Equity Dodge & Cox Stock Fund | | None | M | T | Distributed (part) | 12/20/16 | J | D | |
| 13. -Large US Equity Yacktman Focused Inst | | None | M | T | Distributed (part) | 12/27/16 | J | D | |
| 14. -Large US Equity Touchstone Sand Capital Instl | | None | L | T | Distributed (part) | 12/13/16 | J | D | |
| 15. -Large US Equity Fairholme Fund | B | Dividend | L | T | Distributed (part) | 12/16/16 | J | C | |
| 16. -Large US Equity Jensen Quality Growth Fd | B | Dividend | L | T | Distributed (part) | 12/16/16 | J | C | |
| 17. -Large US Equity Chase Investment Counsel | | None | L | T | Distributed (part) | 12/12/16 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Large US Equity American Express Company | B | Dividend | L | T | | | | | |
| 19. -Large US Equity Harbor Cap Appreciation Fund Inst Cl | | None | L | T | Distributed (part) | 12/19/16 | J | C | |
| 20. -Large US Equity Kinetics Paradigm Fund Cl I (X) | | None | K | T | Buy | 08/02/16 | K | | |
| 21. -Large US Equity Longleaf Partners Fund | A | Dividend | K | T | Sold (part) | 02/12/16 | L | A | |
| 22. -Large US Equity Sequoia Fund | | None | J | T | Distributed (part) | 11/28/16 | J | B | |
| 23. -Large US Equity PNC Finl Services Gp Inc | A | Dividend | J | T | | | | | |
| 24. -Large US Equity Third Avenue Value Fd Instl Cl (Y) | | None | | | Sold | 01/07/16 | M | D | |
| 25. -Mid US Equity Akre Focus Fd Inst | | None | L | T | Distributed (part) | 12/16/16 | J | A | |
| 26. -Mid US Equity Nuance Concentrated Value (X) | | None | K | T | Buy | 08/02/16 | K | | |
| 27. -Small US Equity FPA Capital Fund Cl A | A | Dividend | M | T | Distributed (part) | 12/20/16 | J | D | |
| 28. -Small US Equity Longleaf Partners Small Cap Fund | | None | L | T | Sold (part) | 08/01/16 | K | D | |
| 29. -Small US Equity Intrepid Endurance Fund (X) | | None | K | T | Buy | 08/01/16 | K | | |
| 30. -Small US Equity Wintergreen Fund | | None | K | T | Distributed (part) | 12/15/16 | J | B | |
| 31. -Small US Equity Vulcan Value Partners Small Cap | | None | J | T | | | | | |
| 32. -Small US ASHTON River Road Independent (Y) | | None | | | Sold | 07/28/16 | L | C | |
| 33. -International Equity Oakmark Global Select Fund Cl I | A | Dividend | M | T | | | | | |
| 34. -International Equity Evermore Global Value Fd Cl I | | None | K | T | Distributed (part) | 11/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -International Equity Tweedy Browne Global Value Fund | | None | M | T | Distributed (part) | 12/28/16 | J | C | |
| 36. -International Equity Harbor International Fund Inst Cl | A | Dividend | M | T | Buy (add'l) | 01/08/16 | K | | |
| 37. -International Equity First Eagle Overseas Fund | | None | M | T | Distributed (part) | 12/14/16 | J | C | |
| 38. -International Equity Lazard Intl Strategic | | None | L | T | Sold (part) | 01/07/16 | K | A | |
| 39. -International Equity Longleaf Partners Intl Fund (Y) | | None | | | Sold | 08/01/16 | L | A | |
| 40. -Real Estate Securities Baron Real Estate Fund | | None | K | T | Distributed (part) | 10/06/16 | J | A | |
| 41. -Alternative Securities Litman Gregory Masters Alt Strat Inst | | None | L | T | | | | | |
| 42. -Alternative Securities AQR Diversified | | None | L | T | | | | | |
| 43. -Alternative Securities Calamos Market Neutral | A | Dividend | K | T | Sold (part) | 03/28/16 | J | A | |
| 44. -Fixed Income Long Intermediate Loomis Sayles Bond Cl I | | None | K | T | Distributed (part) | 12/16/16 | J | A | |
| 45. -Fixed Income Long Intermediate Third Avenue Focused Credit Fd Inst Cl | | None | J | T | | | | | |
| 46. -Fixed Income Long Intermediate FPA New Income CL A (Y) | A | Dividend | | | Sold | 08/19/16 | J | A | |
| 47. -Cash & Cash Equivalents (Schwab various Accounts) | A | Int./Div. | L | T | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maureen P. Kelly**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544